IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY MISNIK | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No.: 20-2468 |
| | : | |
| v. | : | |
| | : | |
| XENIA BENSALEM, INC. | : | |
| d/b/a Meineke | : | |
| and | : | |
| XENIA FAIRLESS HILLS, INC. | : | |
| d/b/a Meineke | : | |
| and | : | |
| XENIA FOXCHASE, INC. | : | |
| d/b/a Meineke | : | |
| and | : | |
| XENIA SOUTHAMPTON, INC. | : | |
| d/b/a Meineke | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.

Dated: June 2, 2020