IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY MISNIK**, <br><br> Plaintiff, <br><br> vs. <br><br> **XENIA BENSALEM, INC., XENIA FAIRLESS HILLS, INC., XENIA FOXCHASE INC., AND XENIA SOUTHAMPTON, INC.,** <br><br> Defendants. | Civil Action No. 2:20-cv-02468-CFK <br><br> Document Filed Electronically |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants, Xenia Bensalem, Inc., Xenia Fairless Hills, Inc., Xenia Fox Chase, Inc., and Xenia Southampton, Inc. in the above-captioned case.

                                                                                           */s/ Brian J. McGinnis*
                                                                                           Brian J. McGinnis, Esq., PA ID 321372
                                                                                           Fox Rothschild LLP
                                                                                           2000 Market Street, 20th Floor
                                                                                           Philadelphia, PA 19103
                                                                                           (215) 299-2042
                                                                                           (215) 299-2150 (fax)
                                                                                           bmcginnis@foxrothschild.com
                                                                                           *Attorney for Defendants*

Dated: July 24, 2020

108950170.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Entry of Appearance was served on the following via ECF:

Jeremy M. Cerutti, Esq., PA ID 200276
Karpf, Karpf & Cerutti
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801
(215) 639-4970 (fax)
jeremy@karpf-law.com
*Attorney for Plaintiff*

Dated:  July 24, 2020

By: */s/ Brian J. McGinnis*
Brian J. McGinnis, Esq.

108950170.v1